FRANK N. DARRAS #128904, fdarras@sbdelaw.com
LISSA A. MARTINEZ #206994, lmartinez@sbdelaw.com
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121
Attorneys for Plaintiff
BEATRICE COLLINS

SEAN P. NALTY #121253, sean.nalty@wilsonelser.com
SHILPA G. DOSHI #253024, shilpa.doshi@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990
Fax: (415) 434-1370
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE COLLINS,<br><br>   Plaintiff,<br><br>   vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and INTERSTATE BRANDS CORPORATION LONG TERM DISABILITY PLAN,<br><br>   Defendants. | Case No.: C 09-04088 VRW<br><br>JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; AND (PROPOSED) ORDER<br><br>Scheduling Conference:<br>Date: December 17, 2009<br>Time: 3:30 p.m.<br>Place: Courtroom 6<br><br>Date Action Filed: September 3, 2009 |

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Plaintiff BEATRICE COLLINS, M.D. (hereinafter "Plaintiff" or "Ms. Collins") and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA (hereinafter "Defendant" or "LINA"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Initial Case Management Conference currently scheduled for December 17, 2009, in this matter be continued for approximately 63 days. The parties are working diligently to resolve this matter and have begun informal settlement discussions. Furthermore, Trial counsel for Defendant is not available on that date due to depositions scheduled outside the state in a federal court case. The parties are agreeable that this matter may be continued to allow the parties to continue informal settlement discussions.

In the meanwhile, the parties request a 63 day continuance of the Initial Case Management Conference, in order to allow the parties a chance to mediate first.

If the Court approves the parties' Stipulation and Request for Continuance, the parties propose the following date (or a date thereafter as may be convenient to the Court):

- Initial Case Management Conference Date            February 18, 2010

In light of the private mediation and ongoing negotiations resulting there from, good cause exists to grant the parties' request for a continuance based on the following grounds:

1. The above captioned action was filed in the United States District Court, Northern District of California, on September 3, 2009, and served on September 23, 2009. The case involves disputes regarding benefits under a

1. disability policy.
2. In its September 3, 2009, Order Setting Initial Case Management Conference the Court set the Initial Case Management Conference date for December 17, 2009.
3. On October 22, 2009, counsel for the Defendant LINA filed a stipulation for continuance of time to November 13, 2009, to file a responsive pleading.
4. On November 13, 2009, Defendant LINA filed a responsive pleading.
5. On November 17, 2009, the parties held the FRCP Rule 26(f) conference and began informal settlement discussions.

For all the stated reasons above, IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel of record, and it is respectfully requested that the Court permit and enter an Order to continue the

///

///

///

///

///

///

///

1 Initial Case Management Conference currently set for December 17, 2009, for an
2 additional 63 days to February 18, 2010, at 3:30 PM in Courtroom 6.

4 Dated: November 25, 2009        SHERNOFF BIDART DARRAS
                                  ECHEVERRIA LLP

                                  _____/s/ Frank N. Darras_____
                                  FRANK N. DARRAS
                                  LISSA A. MARTINEZ
                                  Attorneys for Plaintiff
                                  BEATRICE COLLINS

11 Dated: November 25, 2009       WILSON, ELSER, MOSKOWITZ,
                                  EDELMAN & DICKER LLP

                                  _____/s/ Sean P. Nalty_____
                                  SEAN P. NALTY
                                  SHILPA G. DOSHI
                                  Attorneys for Defendant
                                  LIFE INSURANCE COMPANY OF
                                  NORTH AMERICA

19      IT IS SO ORDERED.

22 DATED: 12/10/2009

   IT IS SO ORDERED
   Judge Vaughn R Walker