FRANK N. DARRAS #128904, fdarras@sbdelaw.com
LISSA A. MARTINEZ #206994, lmartinez@sbdelaw.com
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:  (909) 390-3770
Facsimile:   (909) 974-2121

Attorneys for Plaintiff
BEATRICE COLLINS

SEAN P. NALTY #121253, sean.nalty@wilsonelser.com
SHILPA G. DOSHI #253024, shilpa.doshi@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:   (415) 433-0990
Fax:  (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE COLLINS,<br><br>            Plaintiff,<br><br>     vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and INTERSTATE BRANDS CORPORATION LONG TERM DISABILITY PLAN,<br><br>            Defendants. | Case No.: C 09-04088 VRW<br><br>JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; AND (~~PROPOSED~~) ORDER<br><br>Scheduling Conference:<br>Date:    December 17, 2009<br>Time:    3:30 p.m.<br>Place:    Courtroom 6<br><br>Date Action Filed:  September 3, 2009 |

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Plaintiff BEATRICE COLLINS, M.D. (hereinafter "Plaintiff" or "Ms. Collins") and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA (hereinafter "Defendant" or "LINA"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Initial Case Management Conference currently scheduled for December 17, 2009, in this matter be continued for approximately 63 days.  The parties are working diligently to resolve this matter and have begun informal settlement discussions.  Furthermore, Trial counsel for Defendant is not available on that date due to depositions scheduled outside the state in a federal court case.   The parties are agreeable that this matter may be continued to allow the parties to continue informal settlement discussions.

 In the meanwhile, the parties request a 63 day continuance of the Initial Case Management Conference, in order to allow the parties a chance to mediate first.

If the Court approves the parties' Stipulation and Request for Continuance, the parties propose the following date (or a date thereafter as may be convenient to the Court):

- Initial Case Management Conference Date          <u>February 18, 2010</u>

In light of the private mediation and ongoing negotiations resulting there from, good cause exists to grant the parties' request for a continuance based on the following grounds:

1. The above captioned action was filed in the United States District Court, Northern District of California, on September 3, 2009, and served on September 23, 2009.  The case involves disputes regarding benefits under a

1  disability policy.
2      2.   In its September 3, 2009, Order Setting Initial Case Management
3  Conference the Court set the Initial Case Management Conference date for
4  December 17, 2009.
5      3.   On October 22, 2009, counsel for the Defendant LINA filed a
6  stipulation for continuance of time to November 13, 2009, to file a responsive
7  pleading.
8      4.   On November 13, 2009, Defendant LINA filed a responsive pleading.
9      5.   On November 17, 2009, the parties held the FRCP Rule 26(f)
10 conference and began informal settlement discussions.
11     For all the stated reasons above, IT IS HEREBY STIPULATED AND
12 AGREED by and between the parties and their respective counsel of record, and it
13 is respectfully requested that the Court permit and enter an Order to continue the
14 / / /
15
16 / / /
17
18 / / /
19
20 / / /
21
22 / / /
23
24 / / /
25
26 / / /
27
28 / / /

1 Initial Case Management Conference currently set for December 17, 2009, for an
2 additional 63 days to February 18, 2010, at 3:30 PM in Courtroom 6.

4 Dated:  November 25, 2009         SHERNOFF BIDART DARRAS
                                    ECHEVERRIA LLP

                                    ␣␣␣␣/s/ Frank N. Darras␣␣␣␣
                                    FRANK N. DARRAS
                                    LISSA A. MARTINEZ
                                    Attorneys for Plaintiff
                                    BEATRICE COLLINS

11 Dated:  November 25, 2009         WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP

                                    ␣␣␣␣/s/ Sean P. Nalty␣␣␣␣
                                    SEAN P. NALTY
                                    SHILPA G. DOSHI
                                    Attorneys for Defendant
                                    LIFE INSURANCE COMPANY OF
                                    NORTH AMERICA

19    IT IS SO ORDERED.

22    DATED:  12/10/2009

                                    IT IS SO ORDERED
                                    [Signature]
                                    Judge Vaughn R Walker
                                    United States District Court
                                    Northern District of California

- 4 -
JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; AND (PROPOSED) ORDER